May it please the court. My name is Barbara Gobin and I represent the respondent Christopher C. And this is an appeal of an involuntary medication order stemming from Randolph County. I'll just basically get to the heart of the issue. There's two items that were petitioned for and ordered but there was no evidence presented at the hearing by the testifying physician. So the first one was the evidence of the testing required. Basically the doctor just affirmed that he would do testing to establish a blood level but never testified to the exact testing that would be required. And the state has conceded there is precedent for this that basically the testifying doctor has to give the exact names and the evidence of which testing is to be requested. Why isn't this case moved? There's two, three things on this. First, on the issue of the physicians, there's actually no precedent on whether there is a testimony with regard to what physicians are going to administer it. So that would be under the public interest exception to move this. But do you think that this is likely to recur again because of these specific physicians or because of the facility or what? I think it will reoccur because it's the actions of the states and the attorneys, not the exact facts of the case of how mentally ill he was or how he acted. But also on the issue of, and this is really the key that I think maybe the court needs some guidance on the issue of the judicial notice because at the end of the case they just entered the petition as part of the record. I'm being generous in taking that as a judicial notice, but I think it's capable of repetition and also public interest of how the lower court should do a proper judicial notice of these petitions or the facts that are requested. Here, so I would say that it's public interest because there's no, you know, there's three exceptions to move this, public interest, which I would say because there's no case law with regard to the physicians, and also capable of repetition because this is going to be presented. I've seen this, they're getting, Randolph County's actually getting better on these cases. I've seen the 5th District's influence on this. Before, when I first started out over 10 years ago, they literally had five or six cases in a half an hour. So they're getting longer and more detailed, these cases. So this does... Involving the statute. Involving, yeah. So it really does provide guidance to them. It does, here are a whole number of these cases. So it's not just the person, it's actually the actions of the attorney and what evidence needs to be presented on this. And also, there is an issue of collateral consequences, too, though that's a weaker one. But he never had a medication order entered against him in Illinois, even though there is Alfred H. H. and Miriam Rita P. That first time does not go under exception to mootness. But he didn't have an extensive criminal record, so it could be collateral consequences. But the stronger one here is public interest and capable repetition. And it does actually, because I hear these cases every week, it's not the issue of his particular facts. It's how the state has to present and offer their evidence that this can and has been repeated. And that would be, I think, the key part on this. And with regarding the, if I was reviewing this, the key issue is whether the offering the petition record is a proper judicial notice. We would argue it isn't. There's a key case at A.W. in the 4th District that basically the court could have taken judicial, this was regarding dosage, but they could have taken judicial notice of the testing required or the doctor's prescribing, or they could have admitted the petition to evidence for those purposes, or they could have had testimony affirming. A simple question, is this the testing that you're asking for? The doctor could have said yes, you know, but there wasn't even that level of specificity. And I was being generous in this appeal. I could have probably, a better practice would have been more detailed in the blood testing, because it's really blood testing on medical levels. That's not really a script, but I didn't want to go that, you know, into that. But it's really a simple thing. You know, you have the petition. You have to offer evidence before order was entered. There was the petition, the order, but they're missing the evidence here. And I think they just need, you know, there is other, I didn't mention this in my, you can actually even stipulate to the evidence, but they didn't even stipulate it. They entered it into record, which is kind of confusing, because really the petitions are ready into record. You know, they just forgot to do that extra step. And also, the issue of testing is actually kind of, it really informs the judge, because you can get more information about the side effects of the medication when you request a test, because sometimes they ask for, like, blood sugar level, because, and then the state's attorney will ask why, and then the doctor will say, well, it's because this can decrease the blood sugar and can cause diabetes. Well, sometimes that testimony is not offered on the side effects, but you get it through the testing requested. So it does, it is a critical area, and it's not just being technical here. They are, Randolph County is improving on this, but this was very vague by just offering the petition to record, because it's already part of the record. It really was never offered into evidence. And I think there just needs to be some guidance on this. We always have the thorny issue of mootness. And I think this actually is a little bit onto the ineffective assistance of counsel. We don't have a complete record of how this could affect him for collateral consequences. You know, entering a mental health order could affect someone's driver's license, so we didn't have testimony, you know, whether he had a driver's license and needed that for a job when he was out. You know, entering this mental health order could affect the future driver's license. That testimony was absent, so it was hard for me to argue collateral consequences, because there was an absence of that in the record. And that's, you know, really courts haven't considered part of that. You know, if you address the issue of mootness and collateral consequences, if you don't address it at the trial level, I'm just guessing, it's almost going to the level of ineffective assistance. But then we are in the same boat. Right. And my – maybe this is my position. I would argue if there is a thing that could affect in the future to push for collateral consequences, but here we really don't have to decide this in this case, because the issue of what evidence or how to do a proper judicial notice will be replicated in future cases. It's not dependent on what delusions he had or what – or if it's the same respondent. It's basically the testimony offer proof that the state has to do. I think they just forgot that little step. And it wasn't like a long detail hearing, so it was only 16 pages transcript. It could have been cleared up by two simple or three simple questions. Also, they could have, like, in Madison County where we do this, we do judicial notice, and the state's attorney says, is this for the dosages and testing? And so – and we do the page and the paragraph so the court knows what is taken of judicial notice. You can't just offer the whole petition and, you know, why have a hearing if you're just going to offer the whole petition as evidence? Do you appear in Madison County? Yeah. And then do you appear on these? I do appeals on Randolph County. There's a public defender who does Randolph County, so. Randolph County has Chester, so. Right, right. I understand. When you talk about the 5th District giving them input, although I'm not sure that is our responsibility. I've had some of these, and we have gone ahead and decided them under the public interest exception, at least the ones I've been involved in. But there was clearly some reason to do that. And I'm just not sure here that I'm focusing on your argument as to that reason. I know you wanted us to give them insight, but it seems to me that you're probably the expert on it and should talk to them. Well, yeah. But only focus on the public interest exception, if you would. Okay. And I know you discussed it, but maybe I didn't understand. Okay. Well, there is case law that, if I can have some extra time. Since no one else is here, yes. Okay. Thank you, Justice. I have to be formal here. For mental health cases, because there is a liberty interest, that goes under the public interest exception, there is a line of case law that you can qualify under the public interest. If there is no precedent on the issue or if there's conflicting precedent, here I would say there's no precedent on the issue of the doctors testifying of what the physicians, evidence of which physicians. So that would go underneath that. Which physicians were going to administer the drug. Right. So you think the fact that they failed to do that is something that's precedential that we should get involved in? Right. Because obviously we can't say don't give him the drug. What you're asking us is to make a pronouncement on a defect in that procedure, and that defect would be the failure to identify which physicians were going to give the drug. Right. And, you know, there has been precedent on the testing, you know, so. But also this is the Fifth District hasn't raised the issue of judicial notice on this. They've done the stipulation. They've allowed stipulation of evidence, which wasn't done here. They've disallowed, it was a consolidated three case, waiver of the hearing, but nothing really on judicial notice. There is that Fourth District case on that. So I think, you know, that's always the hardest part of mental health appeals. So what is your position, what you are aiming with regard to, and whether the court is permitted to designate certain persons to administer that treatment, especially where there's no evidence presented by the state on the issue? I don't think they can really order something if they had no evidence presented on it, you know. So in this case in particular, they had what the treating physician and then a list of the other. Five others. Five others that worked there at the facility. Right. And you're saying that's improper because there was not enough information given to the court with regard to those five other individuals. Right. But the treating physician would be fine because he had kind of gone through his resume, if you will. Right. And, you know, it's, and sometimes, I know in my cases, sometimes the patient doesn't like one physician versus another, you know, and there could be a problem that way too. So it's not always as clear cut, you know. So one is the, each doctor that's being, in this case, has the state given some evidence and testimony with regard to each of those doctors' qualifications, if you will, to give and administer that medication to the. Yeah, they don't even have to, I'm just being honest, they don't even have to give qualifications. They can just say these are the doctors that are going to be, you know, administer. Like in the SEC, there's two doctors with the same last name. So sometimes we have to clarify which doctor it is, you know. But there was, you know, there was just no evidence offered on this. Okay. So the names were given to the court. No. The names were not given. Okay. That's where I was misunderstanding. I thought that all five of those names, it just, how did the order read? Just the. Well, the order states the names. The petition states the names. There was no testimony about the names at all, or even a quick question, are these the doctors you're requesting to have also permission? There was nothing mentioned about it during the court hearing. At the end of the court hearing, the state's attorney said, well, ask the petition as part of the record, which I'm being generous, saying judicial notice. Then the doctor, then the judge entered an order listing the five names. So it was just one of those situations where, hey, we've all been here. We all know who these people are. We're not even going to mention them. We know who they are. Right. And the more disturbing, too, was the blood testing issue. I mean, there is precedent on that, but they didn't say which testing. Why? Yeah. There was that general question of, let me see, was a proper established blood level, which is kind of vague. And I was being, as I said before, I was being generous and not asking. Really, I think the order should be more detailed, a better practice to have better detail on what type of blood testing is involved, like the names, like, you know, 1017 or CBC. But I didn't want to go into detail on this part. Any more questions? No, but thank you. I understand the mootness issue is always the hard part here. But it is, since there is no precedent on the issue of the doctors, I think that would be under public interest. Okay. Thank you very much. Take this issue, this matter under consideration and issue a ruling in due course.